IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIRST MIDWEST BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07 C 5207 |
| ) | |
| Metro Retirement Planning Services, an Illinois ) | |
| corporation; Estate of Charles J. Johnson; Unknown ) | |
| Heirs and Legatees of Charles J. Johnson; ) | |
| ) | |
| Defendants. ) | |

## COMBINED MOTION FOR ORDER OF DEFAULT, CERTIFICATE AS TO DEFAULTED PARTIES, AND MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

NOW COMES the Plaintiff, First Midwest Bank, by and through its attorneys, Stitt, Klein, Daday, Aretos & Giampietro, LLC and moves this Court pursuant to Rule 55 of the Federal Rules of Civil Procedure, for an order of default against Defendants, Metro Retirement Planning Services, Estate of Charles J. Johnson, and Unknown Heirs and Legatees of Charles J. Johnson. In support thereof, First Midwest Bank states as follows:

1. That I, Kevin J. Berrill, one of they attorneys for Plaintiff in this cause, do hereby certify that on December 5, 2007, I caused the Court file and docket entries to be reviewed with respect to this case, and that proof of service of summons indicates that the following parties have been served as follows:

| **PARTY:** | **DATE OF SERVICE (METHOD)** |
|---|---|
| Metro Retirement Planning Services | October 3, 2007 (Corporate) |
| Estate of Charles J. Johnson | October 3, 2007 (Corporate) |
| Unknown Heirs and Legatees of Charles J. Johnson | October 3, 2007 (Corporate) |

2. That I certify no Defendant has filed an Appearance, Answer or other responsive pleading to Plaintiff's Complaint filed herein.

3. That by virtue of the above defaults, the material factual allegations of the Complaint herein have not been denied by said Defendants, and the Complaint is therefore confessed against them.

4. That an examination of the files, pleadings and records reveals that there is no genuine issue of material fact and that Plaintiff is entitled to an order of default against Defendants, Metro Retirement Planning Services, Estate of Charles J. Johnson, and Unknown heirs and Legatees of Charles J. Johnson, as a matter of law

WHEREFORE, Plaintiff First Midwest Bank, prays for the entry of an order of default, pursuant to Rule 55 of the Federal Rules of Civil Procedure, against Defendant Metro Retirement Planning Services, Estate of Charles J. Johnson, and Unknown heirs and Legatees of Charles J. Johnson, and further prays for a Judgment of Foreclosure and Sale.

Respectfully Submitted,

_____
One of the Attorneys for Plaintiff

Stitt, Klein, Daday, Aretos & Giampietro, LLC
121 S. Wilke Road, Suite 500
Arlington Heights, IL 60005
(847) 590-8700